# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DAMION M. ROBINSON,** | ) |
| Petitioner, | ) |
| vs. | ) CIV-21-230-RAW-KEW |
| **SCOTT CROW, Warden,** | ) |
| Respondent. | ) |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Tulsa County**, Oklahoma, which is located within the territorial jurisdiction of the **Nortrhern District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Northern District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 11th day of August, 2021.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE